41,516-03

THE TEXAS COURT OF CRIMINAL APPEALS

P.O. BOX 12308 CAPITOL STATION

AUSTIN TEXAS 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 10 2015

Abel Acosta, Clerk

|  |  |
|---|---|
| EX PARTE, | X X X |
| WILLIS DEWAYNE DOUGLAS | X X X |

Tr. Ct. No. 36,355

RE WR-41,516-03

## WILLIS THE RELATOR FILE LEAVE OF COURT OF CRIMINAL APPEALS AS TO 067 DAYS ELAPSED—NOT—FORWARDING SUCH APPLICATION WRIT OF HABEAS CORPUS THAT IT TAKE ORIGINAL JURISDICTION

### BY WRIT OF MANDAMUS

TO THE HONORABLE TEXAS COURT OF CRIMINAL APPEALS:

NOW COMES WILLIS DEWAYNE DOUGLAS, the Relator, as Exparte, in the above en-titled Writ of Mandamus, in Writ Number: 41,516-03, as to 067 days elapsed in respondent not forwarding the Application Writ of Habeas Corpus, as on timely basis'., in the circumstances, the Court of Criminal Appeals, ordered that additional facts were needed, shown as to the following;

II.

Relator, by and through, his pleading of Ex Parte, will respectfully show this Honorable Court of Appeals, where it has been given the original jurisdiction, as to the Honorable Clerk Nors, of the 66th Judicial District Court, as noted: Application for Writ 03/16/15 $file. .., as noted by date............,

1. As to the Court's Order, in submitting a copy of a timely filed order which designates issues to be investigated. 2. It is shown by date of 05/22/15, as to this Honorable Court's Order, there is an ... oversight by error, by designating the issue of proof, as to the district attorney's office served as date: 05/22/15.

3. See Case Menu: Dewayne Douglas Willis, Active: Filed Modified: 03:14 pm, on 05/22/15, by the Clerk Annette M. Nors;

If the Court Clerk, Honorable Nors, requested, by Order of the Court of Criminal Appeals, that relator contends that he filed an application for a writ of habeas corpus in the 66th District Court of Hill County, and more than 35 days had elapsed, and the application, and such application has not yet been forwarded to this.. Court.., date of the order Filed: June 17, 2015;

4. It is shown, by the relator, to this Honorable Court of Criminal Appeals, that the respondent, by date, has fail to file a timely issue by date, which is clearly established, through a reasonableness inquiry order;

5. Additional facts, is not supported, or were not submitted, as ordered by the Criminal Court of Appeals, an order designating issues proof of the date the district attorney's office was served with the habeas application shall also be submitted with the response;

BASED ON RELATOR'S REQUEST OF THE COURT OF CRIMINAL APPEALS
TAKING ORIGINAL JURISDTION BY WAY OF LEAVE FOR WRIT
A WRIT OF MANDAMUS

Relator, Willis contends, as a dispute, through material facts, that the given date, 05/22/15, were not served to the district attorney's office; PS. Served as back-dated.

How can it be, when there is a factual dispute, in existen, such date cannot justify, date: 05/22/15., when factual dispute exists;

The factual dispute is, that the Honorable Clerk, Ms. Nors, as respondent were not aware of such Court Order of 05/22/15, and could not have known about relator filing a writ of mandamus with the Court of Criminal Appeals; Which was (05/28/2015).., on this date, writ of mandamus were received and presented to the Court. MOREOVER, the application for a writ of habeas corpus, was filed: 03/16/15, a 102 days.

The dispute is as to the Respondent, District Clerk of Hill County being ordered to file a response.., and submitting a copy of a timely filed order which designates issues to be investigated, how is it that such order was followed, when the respondent, Clerk filed/submitted the date, before the Court of Criminal Appeals, handed down it's Order pursuant to the date of receiving the original application for writ of mandamus;

As to the Court's Order, Respondent filed it's response, which were May the 22, 2015;

May the 28, 2015, 6 days later, relator file with the Court of Criminal Appeals, upon leave to file a writ of mandamus;

THEREAFTER, June 17, 2015, is when respondent, the Clerk of Hill County was ordered to file a response, which designates issues to be investigated: Again were filed: June 17, 2015.

It is to note, that relator may be in error, as to the dates, but as was submitted, the date has been given and submitted an inappropriate date, as to serving the district attorney's office.

WHEREFORE, RELATOR, EX PARTE, WILLIS DEWAYNE DOUGLAS, by and through pro se, respectfully prays of this Honorable Court of Appeals, to take original jurisdiction of investigation of the application, of writ of habeas corpus, through writ of mandamus, WR-41,516-03, and in all things granted.

Signed the 3 rd day of July, 2015.

Respectfully Submitted

Dewayne Willes

Pro-Se/ExParte